**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Geminas BROWN, Defendant–**
**Appellant.**

No. 13–13377
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 8, 2014.

Linda Julin Mcnamara, Arthur Lee Bentley, III, Jeffrey Scott Downing, Walter Eugene Furr, III, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Mary A. Mills, Federal Public Defender's Office, Tampa, FL, Geminas Brown, FCI Coleman Low–Inmate Legal Mail, Coleman, FL, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before HULL, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, appointed counsel for Geminas Brown in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Brown's convictions and sentences are **AFFIRMED.**